O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PANOSYAN,<br><br>                  Petitioner,<br><br>       v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>                  Respondent. | Case No. SACV 18-1726-JGB (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections, Respondent's Reply to Petitioner's Objections, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: September 12, 2019

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE