JS-6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PANOSYAN,<br><br>               Petitioner,<br><br>      v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>               Respondent. | Case No. SACV 18-1726-JGB (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 12, 2019

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE